IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03426-KLM

DEBORAH LAUFER, an individual,

    Plaintiff,

v.

KUROS PROPERTIES, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Stay All Proceedings** [#16] (the "Motion"). The Court finds that Defendant has failed to adequately comply with D.C.COLO.LCivR 7.1(a), which provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

In the Motion [#16], counsel for Defendant states that he "conferred with counsel for Plaintiff and they have not responded." This brief statement does not provide sufficient information regarding "the specific efforts to fulfill" the conferral duty, as required by the Local Rule. There is no indication regarding how Defendant attempted to confer, when that attempt was made, or how long Defendant waited before filing the Motion [#16]. There is simply not enough information here to find that Defendant engaged in a "reasonable, good faith effort" to confer, and the Motion [#16] may be denied on this basis alone. After contacting opposing counsel about a potentially disputed matter, counsel for the moving party is advised to wait **at least three business days** for a response before filing a motion with the Court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED without prejudice**.

    Dated: January 12, 2021