UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3426

Deborah Laufer,
    Plaintiff,
v.

Kuros Properties, LLC,
    Defendant(s).

### NOTICE OF FILING AMENDED COMPLAINT

Plaintiff, by and through undersigned counsel, and pursuant to Rule 15(a)(1)(B), Fed.R.Civ.P., and D.C.COLO.LCivR 15.1(a), hereby files Notice of Filing Amended Complaint. A copy of the Amended Complaint that has been annotated in accordance with D.C.COLO.LCivR 15.1(a) is attached hereto as Exhibit A.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this January 14, 2021.

    */s/Suzette M. Marteny Moore*
    **Suzette M. Marteny Moore**
    Of Counsel, Thomas Bacon PA
    2690 S. Combee Road
    Lakeland, Florida 33803
    (863) 229-2140 (T)
    S.Moore@SMooreLaw.com
    Eservice@SMooreLaw.com
    *Attorneys for Plaintiff*