UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3426

Deborah Laufer, an individual,
    Plaintiff,
v.
Kuros Properties, LLC,
    Defendant(s).

## STATUS REPORT

1. Complaint was filed on 11/19/20.

2. Summons was served on 11/24/20 with answer due on 12/15/20.

3. A Motion to Extend Time to Answer or otherwise Plead was filed by Defendant on 12/14/20.

4. An Order was entered granting the extension on 12/15/20.

5. The Consent to Jurisdiction of Magistrate Judge was filed on 1/8/21 in which all parties consented to the use of a magistrate.

6. The Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction was filed by Defendant Kuros Properties, LLC on 1/11/21.

7. A Motion to Stay was filed by Defendant Kuros Properties, LLC was filed on 1/11/21.

8. The Defendant's Motion to Stay All Proceedings was denied without prejudice on 1/12/21.

9. An Amended Complaint against Kuros Properties, LLC, was filed by Deborah Laufer on 1/14/21.

1

10. Magistrate Judge Kristen L. Mix filed a Minute Order on 1/14/21 denying as moot Defendants Motion to Dismiss.

11. A Minute Order was filed by Magistrate Judge Kristen L. Mix on 1/22/21requiring that a Proposed Scheduling Order be filed by 2/10/2021 and requiring a Joint Status Report by the parties by 1/26/2021. The Minute Order also vacated the Scheduling Conference set for 1/25/21 at 10:00 AM and reset it to 2/17/2021 11:00 AM in Courtroom A 401.

12. The responsive Pleading by Defendant to the Plaintiff's First Amended Complaint is due on 2/4/21.

13. The parties have drafted and reviewed a preliminary Scheduling Order which will be timely filed with the Court.

14. The parties continue to discuss settlement.

APPROVED:

| s/ Suzette M. Marteny Moore | s/Michael J. Davis |
|---|---|
| ***Suzette M. Marteny Moore*** | ***Michael J. Davis #44287*** |
| Of Counsel, Thomas B. Bacon, PA | Davis Law Group LLC |
| 2690 S. Combee Road | 2255 Sheridan Boulevard St. C 272 |
| Lakeland, Florida 33803 | Edgewater, CO 80214 |
| Telephone: (863) 229-2140 | Telephone (720)361-6036 |
| E-mail S.Moore@SMooreLaw.com | Fax 720-362-5262 |
| E-mail Eservice@SMooreLaw.com | mdavis@mjdavislaw.com |
| *Attorney for Plaintiff, Deborah Laufer* | Attorney for Defendant Kuros Properties, LLC |